**Order entered February 17, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00124-CV

## IN RE JOE JUDSON, JUDSON HOLDINGS, LLC, AND TDHNSU, LLC, Relators

**Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-17745**

### ORDER
Before Justices Pedersen, III, Smith, and Kennedy

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus.

We also **DENY** relators' Emergency Motion for Temporary Relief as moot.

.

/s/    BILL PEDERSEN, III
       JUSTICE